NELLIE A. DOBSON, Respondent, *v.* THE HARTFORD FIRE INSURANCE COMPANY, Appellant.

*Dobson* v. *Hartford F. Ins. Co.,* 86 App. Div. 115, affirmed.
(Submitted June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Irving G. Hubbs* for appellant.

*A. E. Kilby* and *C. E. Norris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

WILLIAM P. WOOD, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Wood* v. *N. Y. C. & H. R. R. R. Co.,* 83 App. Div. 604, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 15, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Frederick Collin* and *John B. Stanchfield* for appellant.

*Francis E. Wood* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: BARTLETT, J.